```
Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone:  702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com

Attorneys for Defendants
WALMART INC. and
WAL-MART ASSOCIATES, INC.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRITTNEY PHILLIPS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation;<br>WAL-MART ASSOCIATES, INC., a Delaware Corporation,<br><br>  Defendants. | Case No. 2:25-cv-01351-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff BRITTNEY PHILLIPS ("Plaintiff") and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. (jointly referred to "Defendants") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a responsive pleading from the current deadline of August 26, 2025, up to and including **September 16, 2025**.

Such extension is necessary in light of Defendants' counsel recent retention and the additional time needed to investigate the allegations in the Complaint.

//

//

//

//

//

This is the first request for an extension of time to respond to the Complaint in this Court. This request is made in good faith and not for the purpose of delay.

Dated: August 21, 2025

Respectfully submitted,

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

*Attorneys for Plaintiff*
BRITTNEY PHILLIPS

Dated: August 21, 2025

Respectfully submitted,

Z. Kathryn Branson, Esq.
LITTLER MENDELSON P.C.

*Attorney for Defendants*
WALMART INC. and WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated:  August 22, 2025.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

2

4896-6345-1743.1 / 080000.4433