1
2
3                    **UNITED STATES DISTRICT COURT**
4                          **DISTRICT OF NEVADA**
5
6   BRITTNEY PHILLIPS,                    Case No. 2:25-cv-01351-CDS-BNW
7            Plaintiff,                              **Order**
8   v.
9   WALMART INC., et al.,
10           Defendants.
11          In light of the parties' joint statement on futility of early neutral evaluation, Docket No. 23,
12  the Court **VACATES** the early neutral evaluation session set for November 25, 2025.  The Clerk's
13  Office is **INSTRUCTED** to remove the ENE flag from the docket and remove the undersigned as
14  the settlement judge.
15          IT IS SO ORDERED.
16          Dated: November 14, 2025
17
                                                _____
18                                              Nancy J. Koppe
                                                United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

                                                1