Kathryn B. Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
Telephone: 702.862.8800
Facsimile: 702.862.8811
kblakey@littler.com

Lauren A. Forsythe, Esq.
*Pro Hac Admitted*
LITTLER MENDELSON, P.C.
222 South Main Street, 5th Floor
Salt Lake City, UT 84101
Telephone: 801.401.8319
Facsimile: 702.862.881
lforsythe@littler.com

Attorneys for Defendants
WALMART INC. and
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRITTNEY PHILLIPS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation;<br>WAL-MART ASSOCIATES, INC., a Delaware<br>Corporation,<br><br>    Defendants. | Case No. 2:25-cv-01351-CDS-BNW<br><br>**STIPULATION AND PROPOSED<br>ORDER TO EXTEND DISCOVERY<br>DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff Brittney Phillips and Defendants Walmart Inc. and Wal-Mart Associates, Inc., through their respective counsel, hereby stipulate to amend the Scheduling Order, (ECF No. 21), by extending the outstanding discovery deadlines for a period of sixty (60) days under LR IA 6-1, 6-2, and LR 26-3.

This is the first request for an extension to the Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is timely under LR 26-3 as it is submitted at least twenty-one (21) days or more before each discovery deadline set forth below.

## DISCOVERY COMPLETED TO DATE

The Parties have exchanged the following discovery:

- Plaintiff served her initial disclosures on October 24, 2025. Plaintiff's Initial Disclosures contained 221 pages of documents.

- Defendants served their initial disclosures on October 29, 2025. Defendants' initial disclosures contained 135 pages of documents.

- Defendants served written discovery requests to Plaintiff on December 12, 2025, including Interrogatories and Requests for Production of Documents.

- Plaintiff responded to the Interrogatories and Requests for Production of Documents on January 12, 2026. On January 12, 2026 Plaintiff also served his First Supplement to Initial Disclosures. Plaintiff's supplement disclosure contained an additional 8 pages of documents.

- Plaintiff served written discovery requests to Defendant on November 24, 2025, including Interrogatories and Requests for Production of Documents. Defendants' responses to these written discovery were provided on December 23, 2025.

- On February 2, 2026, Plaintiff served her 2nd Supplement to Initial Disclosures which contained an additional 16 pages.

- On February 6, 2026, Plaintiff served her Initial Expert Disclosure.

- Following meet and confer efforts, the parties are preparing supplements to their discovery responses.

The Parties have been diligent in their efforts to conduct written discovery and are continuing to supplement disclosures and discovery responses in accordance with the Federal Rules of Civil Procedure and as part of meet and confer efforts of the parties.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Plaintiff intends to conduct the depositions of the following witnesses: (1) Amber Haines; (2) Mina Davis; (3) Merribel Ferrer; (4) Corinna Cannon; (5) Michael Yturralde; and (6) FRCP 30(b)(6) depo(s) of corporate representative(s). Defendant intends to conduct the deposition of Plaintiff.

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow all parties sufficient time to conduct depositions of the witnesses identified above, and obtain the remaining outstanding documents in response to the relevant discovery requests. The Parties have been diligent in communicating with each other in order to schedule depositions, complete written discovery, and engage in meaningful meet and confer efforts. Further, the parties are engaging in settlement negotiations to explore resolution prior to expending additional time, money, and resources on depositions. Additionally, Defendant notes that its Motion to Dismiss remains pending and Defendants have only filed a partial answer (ECF No. 17). Accordingly, the parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DEADLINES**

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | Expired | **Expired** |
| Initial Expert Disclosures | Expired | **Expired** |
| Rebuttal Expert Disclosures | Expired | **Expired** |
| Discovery Cut-Off | April 7, 2026 | **June 8, 2026 (60th day falls on a Saturday)** |
| Dispositive Motions | May 7, 2026 | **July 6, 2026** |
| Pretrial Order | June 8, 2026 | **August 7, 2026 (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.)** |

//

//

//

3

## EXTENSIONS OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Dated: March 17, 20226

Respectfully submitted,


/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

*Attorneys for Plaintiff*
BRITTNEY PHILLIPS

Dated: March 17, 2026

Respectfully submitted,


/s/ Lauren A. Forsythe
Kathryn B. Blakey, Esq.
Lauren A. Forsythe, Esq.
LITTLER MENDELSON P.C.

*Attorney for Defendants*
WALMART INC. and WAL-MART ASSOCIATES, INC.


**IT IS SO ORDERED.**

Dated:  _March 18_____, 2026.


_____
UNITED STATES MAGISTRATE JUDGE

4899-7615-6823.2 / 080000.4433